# United States Court of Appeals
## For the First Circuit

No. 24-1240

LECY FREDERICO ROSA; MARIA EDUARDA FREDERICO-DE SOUZA; MARISTELA GOMES-DE SOUZA FREDERICO,

Petitioners,

v.

PAMELA J. BONDI, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: June 10, 2025

Petitioners are invited to file a response to Respondent's petition for panel rehearing, if they choose to do so, on or before **June 24, 2025**.  See Fed. R. App. P. 40(d)(4).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Annelise Maia Jatoba de Araujo
Stefanie Fisher
Nancy Ellen Friedman
Justin Robert Markel
Sharon Michele Clay
Gregory A Pennington Jr.
Elizabeth Fitzgerald-Sambou
Oil